J. Curtis Edmondson, CSB# 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418

Attorney for Defendant JOHN DOE subscriber assigned
IP address 75.80.13.105

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned *subscriber assigned IP address 174.65.135.19,*<br>Defendant. | Case No.: 3:20-CV-00067-LAB-LL<br><br>NOTICE OF MOTION AND MOTION TO QUASH THE COX SUBPOENA<br><br>ORAL ARGUMENT REQUESTED<br><br>Hon. Larry L. Burns<br>Hon. Linda Lopez<br>Courtroom: 5th Floor (Schwartz)<br>Hearing Date: June 16, 2020<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

Please take notice that Defendant JOHN DOE subscriber assigned *subscriber assigned IP address 174.65.135.19,* (hereinafter "John Doe Subscriber") moves to quash Strike 3 Holdings, LLC ("Strike 3") subpoena on Cox Communications for DOE's subscriber information.

1  This motion is based on the doctrine of unclean hands as defined by our Court in *Keystone Driller Co v. General Excavator Co (*1933). 290 U.S. 240. Strike 3 first brought a copyright claim in Florida State Court knowing that it lacked both subject matter and personal jurisdiction.  This required John Doe Subscriber to quash a frivolous claim costing him both time and money.

This motion will be heard in the United States of District Court for the Southern District of California before the Honorable Linda Lopez on June 16, 2020, in Courtroom 2B, Edward J. Schwartz United States Courthouse 221 West Broadway,  San Diego, CA 92101.

                                      Respectfully Submitted,

Dated: May 17, 2020         /s/ J. Curtis Edmondson
                                        J. Curtis Edmondson
                                        Attorney for Defendant
                                        JOHN DOE Subscriber