UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                            Plaintiff,<br>v.<br><br>JOHN DOE subscriber assigned IP address 174.65.135.19,<br><br>                            Defendant. | Case No.:  20cv67-LAB-LL<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>**[ECF No. 12]** |

      Currently before the Court is a motion by the Electronic Frontier Foundation ("EFF") requesting leave to file an amicus brief in support of Defendant's motion to quash Plaintiff's subpoena served on Cox Communication [ECF No. 9-1]. ECF No. 12. Plaintiff has not filed an opposition. See Docket. EFF states that it is a "nonprofit public interest organization dedicated to protecting civil liberties and free expression in the digital world." Id. at 2. EFF claims that it has taken an active role "in assisting the thousands of Internet users who have received monetary demands from attorneys purporting to represent holders of copyright in adult films" by helping Internet users obtain counsel, having its attorneys serve as *ad litem* counsel, providing expert testimony, and filing amicus briefs. Id. EFF claims that its experience and history of advocacy give it a unique perspective to contribute. Id. at 3.

/ / /

The classic role of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont., 694 F.2d 203, 204 (9th Cir. 1982). "The district court has broad discretion to appoint amici curiae." Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472 (1995). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." California by & through Becerra v. United States Dep't of the Interior, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (citation omitted).

The Court finds it appropriate to grant EFF's unopposed motion. EFF's proposed brief amplifies the points raised in Defendant's motion to quash the Cox Communication subpoena, which may be useful to the Court. See id. Accordingly, the Court **GRANTS** EFF's motion to file an amicus brief. The proposed amicus brief submitted simultaneously with the motion [ECF No. 12-1] shall be deemed filed.

**IT IS SO ORDERED**.

Dated: June 12, 2020

Honorable Linda Lopez
United States Magistrate Judge