UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE<br><br>    Defendant. | Case No.:   20cv67-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal without prejudice. (Docket no. 20.) Although Defendant has appeared, he has not filed an answer or a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  August 3, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge